UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **VIJAY K. TANEJA,** *et al.*,[1] | * | Case No: 08-13293-SSM |
| | | **Chapter 11** |
| **Debtors,** | * | **Jointly Administered** |
| * * * * * | * | * * * * * |
| **H. JASON GOLD, Chapter 11 Trustee** | * | |
| **Plaintiff,** | * | |
| | | **Adv. Proc. No. 10-01461-SSM** |
| **v.** | * | |
| **SPECIALIZED LOAN SERVICING, LLC** | * | |
| | * | |
| **Defendant.** | | |
| | * | |
| * * * * * * * | * | * * * * * * |

**NOTICE OF MOTION AND HEARING ON**
**TRUSTEE'S MOTION FOR ORDER COMPELLING PRODUCTION OF DOCUMENTS**

    **PLEASE TAKE NOTICE** that the H. Jason Gold, the Chapter 11 Trustee for the bankruptcy estates of Vijay K. Taneja, Financial Mortgage, Inc., Taneja Center, Inc., NRM Investments, Inc., and Elite Entertainment, Inc. has filed a Motion for Order Compelling Production of Documents (the "Motion to Compel") from Specialized Loan Servicing, LLC.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.** If you contest the Motion to Compel, you must take the followings steps:

---

[1] The Debtors in these jointly administered cases include Elite Entertainment, Inc. (08-13286-SSM), Financial Mortgage, Inc. (08-13287-SSM), NRM Investments, Inc. (08-13290-SSM), Taneja Center, Inc. (08-13292-SSM), and Vijay K. Taneja (08-13293-SSM).

WHITEFORD, TAYLOR & PRESTON L.L.P.
Bradford F. Englander (VSB# 36221)
Christopher A. Jones (VSB # 40064)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9260
(703) 280-8942 (facsimile)

*Special Counsel for H. Jason Gold, Chapter 11 Trustee*

      a)      File with the Court, at the address shown below, a written objection.  If you mail your written objection to the court for filing, you must mail it early enough so that it is received by the Court on or before June 14, 2011

                Clerk, United States Bankruptcy Court
                U.S. Bankruptcy Court
                200 S. Washington St.
                Alexandria, Virginia 22314-5405

      b)      You must also deliver a copy to Christopher A. Jones, Whiteford, Taylor & Preston, LLP, 3190 Fairview Park Drive, Suite 300, Falls Church, Virginia; and

      c)      Attend a hearing that the Movant has scheduled for **June 17, 2011 at 9:30 am** in Judge Stephen Mitchell's Courtroom, 200 South Washington Street, 2nd Floor, Courtroom I, Alexandria, Virginia 22314.

**If no objection is filed, the Court may deem any opposition waived, treat the Application as conceded, and issue an order granting the Motion without further notice or hearing.**

                Respectfully submitted,

                /s/ Christopher A. Jones
                WHITEFORD, TAYLOR & PRESTON, LLP
                Bradford F. Englander (VSB# 36221)
                Christopher A. Jones (VSB # 40064)
                3190 Fairview Park Drive, Suite 300
                Falls Church, Virginia 22042
                (703) 280-9263
                (703) 280-8942 (facsimile)

                *Special Counsel for H. Jason Gold, Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of June, 2011, notice of filing of the foregoing Trustee's Notice of Motion and Hearing on Motion for Order Compelling Production of Documents was provided to those persons receiving ECF notice in this adversary proceeding.

/s/Christopher A. Jones
Christopher A. Jones

*1952524*